UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No.2:18-cv-11189-LVP-MKM |
| ) | |
| v. ) | |
| ) | |
| CHUN-CHENG CHANG ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER [CM/ECF 13]</u>**

Plaintiff, Malibu Media, LLC, by and through counsel, responds to this Court's Show Cause Order directing Plaintiff to show cause why this case should not be dismissed for failure to prosecute [CM/ECF 13]. In support hereof, Plaintiff states:

1. This is a copyright infringement case initially filed against a John Doe Defendant known to Plaintiff only by an IP address.

2. Defendant was personally served on August 28, 2018 [CM/ECF 12].

3. Plaintiff was contacted by counsel for the Defendant on September 6, 2018.

4. Plaintiff and Defendant are currently conducting settlement negotiations.

WHEREFORE, Plaintiff respectfully requests that this Court does not dismiss this action for failure to prosecute.

Dated: October 2, 2018 Respectfully submitted,

By: /s/ *Joel A. Bernier*
Joel A. Bernier, Esp. (P74226)
49139 Schoenherr Road
Shelby Township, MI 48315
Tel: (586) 991-7611
Fax: (586) 991-7612
Email: Bbclawgroup@gmail.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to E. D. Mich. LR 5.1(a) I hereby certify that the foregoing has been prepared using one of the font and point selections approved by the Court in E. D. Mich. LR 5.1(a)(3). This document was prepared using Times New Roman (14 pt.).

/s/ *Joel A. Bernier*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Joel A. Bernier*